AO 91 (Rev. 11/11) Criminal Complaint

FILED
NOV 26 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Marck MENA ORTEGA | ) Case No. EP-18-mj-8631 (1,2) ls |
| Juan Manuel RAMIREZ Gloria | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 23, 2018** in the county of **El Paso** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 371 | The Defendants knowingly conspired to commit violations of Title 18 U.S.C 554, Smuggling goods from the United States. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Jentry Yost, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/26/18

_____
Judge's signature

City and state: El Paso, TX

Leon Schydlower, U.S. Magistrate Judge
*Printed name and title*

Oath Telephonically Sworn
At 11:33 PM
Fed.R.Crim.P. 4.1(b)(2)(A)

# **AFFIDAVIT**

Your affiant, Jentry Yost, first being duly sworn, does hereby depose and state as follows:

1. That I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since September 2015. I have received specialized training regarding the investigation and enforcement of Federal Firearms violations and have conducted investigations regarding individuals involved in illegal firearms activities. That I make this statement based on my own investigation, records review, interviews with the suspect, and information provided by other law enforcement officers to your affiant. Because this affidavit is submitted for the limited purpose of securing an arrest warrant, it does not purport to contain everything known to your affiant about this investigation

2. I have personally participated in the investigation set forth below. I am familiar with the facts and circumstances of the investigation through my personal participation; from discussions with other agents and personnel from the ATF and other law enforcement agencies; from my discussions with witnesses involved in the investigation; and from my review of records and reports relating to the investigation. Since this affidavit is being submitted for the limited purpose of securing an order authorizing the acquisition of the Requested Arrest Warrant, I have not included details of every aspect of the investigation. Nor do I request that this Court rely on any facts not set forth herein in reviewing this application.

3. Your affiant recently initiated an investigation into the activities of Marck MENA ORTEGA and Juan Manuel RAMIREZ Gloria. This investigation relates to violations of Title 18, United States Code, Section 371, Conspiracy to commit violations of Title 18 United States Code, Section 554, Smuggling from the United States.

4. On or about November 19, 2018, your affiant discovered that Marck MENA ORTEGA purchased three (3) firearms on or about November 12, 2018, from G.C., a Federal Firearms Licensee. ORTEGA purchased one (1) Colt .380 caliber type handgun and two (2) Beretta 9mm type handguns. MENA ORTEGA spent approximately $1,966.90 cash. The above-mentioned firearms were transferred to MENA ORTEGA on or about November 16, 2018.

5. Additionally, on or about November 19, 2018, your affiant discovered that MENA ORTEGA came back to G.C. on or about November 17, 2018, and purchased five (5) additional firearms. MENA ORTEGA purchased one (1) Smith and Wesson .380 caliber type handgun, one (1) Colt .45 caliber type handgun, two (2) Beretta 9mm type handguns, and another Colt .380 caliber type handgun. MENA ORTEGA also purchased three (3) magazines for a Colt .380 caliber type handgun. Your affiant discovered that MENA ORTEGA spent approximately $3,826.48 cash. MENA ORTEGA was delayed by the National Instant Criminal Background Check System (NICS) and was not transferred the above-mentioned firearms purchased on November 17, 2018.

6. Furthermore, on or about November 19, 2018, your affiant discovered that MENA ORTEGA came back to G.C. on or about November 19, 2018, and purchased another firearm. MENA ORTEGA purchased one (1) Taurus .22 caliber type handgun. MENA ORTEGA spent approximately $258.72 cash. MENA ORTEGA was delayed by NICS and was not transferred the above-mentioned firearm purchased on November 19, 2018.

7. MENA ORTEGA purchased nine (9) firearms and three (3) magazines from G.C. between the dates of November 12, 2018, and November 19, 2018. MENA ORTEGA spent approximately $6,052.10 cash, on the above-mentioned firearms and magazines.

8. On or about November 23, 2018, while conducting surveillance at G.C., MENA ORTEGA arrived at G.C. with a Hispanic male later identified as MENA ORTEGA's cousin, Juan Manuel RAMIREZ Gloria. RAMIREZ appeared to be wearing a black leather handbag as RAMIREZ entered G.C. An agent conducting surveillance within G.C. stated that MENA ORTEGA and RAMIREZ walked to the firearms display case and proceeded to look at firearms. RAMIREZ appeared to be asking numerous questions in the Spanish language, regarding various firearms within the display case. MENA ORTEGA translated RAMIREZ' statements into the English language.

9. MENA ORTEGA proceeded to complete ATF Form 4473, Firearms Transaction Record, for the six (6) previously purchased firearms and three (3) Colt .380 caliber type magazines on November 17, 2018 and November 19, 2018 respectively. MENA ORTEGA purchased two (2) additional firearms, one hundred (100) rounds of .40 caliber ammunition, one hundred (100) rounds of 9mm caliber ammunition and two (2) additional Colt .380 caliber type magazines. While checking out at the counter, RAMIREZ handed MENA ORTEGA his leather handbag and appeared to pay for the additional firearms and ammunition with money from RAMIREZ' leather handbag.

10. On or about November 23, 2018, your affiant discovered that a Glock, model 42, .380 caliber handgun, bearing serial number ACXN801 was crossed out from the written G.C. receipt. Agents learned that while RAMIREZ and MENA ORTEGA were in G.C., RAMIREZ appeared to be interested in Glock and/or Smith and Wesson type handguns. Additionally, agents learned that while MENA ORTEGA and RAMIREZ were checking out, MENA ORTEGA intended to purchase a ninth firearm (Glock type handgun as previously mentioned). MENA ORTEGA asked if he could pay for the Glock type handgun with RAMIREZ' credit card however, MENA ORTEGA did not proceed and the Glock type handgun was removed from the receipt.

11. MENA ORTEGA and RAMIREZ exited G.C. carrying the above-mentioned firearms, ammunition and magazines that were placed in a large brown box. Your affiant identified himself as an ATF Special Agent and asked MENA ORTEGA and RAMIREZ if agents could ask a few questions. MENA ORTEGA and RAMIREZ acknowledged and agreed to speak with agents in the parking lot of the G.C.

12. On or about November 23, 2018, MENA ORTEGA admitted to straw purchasing five (5) of the eight (8) firearms for an individual living in Mexico. MENA ORTEGA added that the above-mentioned individual provided the money to buy the firearms and facilitated the transfer of the firearms from the United States to Mexico. MENA ORTEGA admitted that he intended to smuggle the eight (8) straw purchased firearms to Ciudad Juarez, Chihuahua Mexico. MENA ORTEGA stated that the referenced individual in Mexico provided the money to purchase six (6) of the eight (8) firearms and MENA ORTEGA would have received an additional $1000 for the straw purchase and smuggling of the firearms to Ciudad Juarez, Chihuahua Mexico. MENA ORTEGA stated that one (1) of the purchased firearms was for himself.

13. MENA ORTEGA admitted to straw purchasing two (2) of the eight (8) firearms for RAMIREZ who resides in Guadalajara, Jalisco Mexico. Record checks revealed that RAMIREZ is a Mexican National who possess a border crossing card. MENA ORTEGA stated that RAMIREZ was in El Paso, TX, visiting MENA ORTEGA for the holidays. MENA ORTEGA stated that he picked up RAMIREZ from the airport in Ciudad Juarez, Chihuahua Mexico, on or about November 22, 2018. Record checks revealed that RAMIREZ entered the United States with MENA ORTEGA on or about November 22, 2018. MENA ORTEGA stated that he informed RAMIREZ that he was going to G.C. to pick up firearms that were previously purchased. MENA ORTEGA stated that he asked RAMIREZ if he wanted a firearm from G.C., in which RAMIREZ confirmed. MENA ORTEGA stated that RAMIREZ provided MENA ORTEGA with $500 for the purchase of two (2) of the above-mentioned firearms prior to MENA ORTEGA and RAMIREZ arriving at G.C. MENA ORTEGA stated that he purchased a Smith and Wesson 9mm type handgun and a Smith and Wesson .40 caliber type handgun for RAMIREZ. MENA ORTEGA stated that RAMIREZ knew that MENA ORTEGA was intending to smuggle the referenced firearms to Ciudad Juarez, Chihuahua Mexico. MENA ORTEGA added that he informed RAMIREZ that the firearms purchased for RAMIREZ were going to be transported to Guadalajara, Jalisco, Mexico, where RAMIREZ could pick them up.

14. On or about November 23, 2018, MENA ORTEGA admitted to agents that MENA ORTEGA straw purchased the three (3) firearms that were transferred to MENA ORTEGA on or about November 16, 2018. Furthermore, MENA ORTEGA admitted to agents that he smuggled the three (3) previously purchased firearms to Ciudad Juarez, Chihuahua Mexico, approximately two (2) days after (November 18, 2018). MENA ORTEGA added that he provided the three (3) firearms to an individual in Ciudad Juarez, Chihuahua Mexico, and were ultimately transported to Guadalajara, Jalisco, Mexico. MENA ORTEGA stated that he received $1,000 for the purchase and smuggling of the referenced firearms to Mexico. MENA ORTEGA admitted to agents that he knew it was illegal to smuggle firearms from the United States to Mexico.

15. That in light of the above, your affiant submits that probable cause exists to arrest Marck MENA ORTEGA and Juan Manuel RAMIREZ Gloria for violation of Title

18, United States Code, Section 371, Conspiracy to commit violations of Title 18 Unite States Code 554, Smuggling from the United States.

FURTHER, YOUR AFFIANT SAYETH NAUGHT.